Roy Z. Silva, Esq. (State Bar No.137483)
rsilva@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Attorneys for Defendants,
PENNYMAC LOAN SERVICES, LLC and
PENNYMAC MORTGAGE OPPORTUNITY
FUND INVESTORS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ARDREDA JOHNSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>PENNYMAC LOAN SERVICES, LLC; PENNYMAC MORTGAGE OPPORTUNITY FUND INVESTORS, LLC; FCI LENDER SERVICES, INC.; CROSBY CAPITAL USA LLC; CLEAR RECON CORP. AND DOES 1-10, INCLUSIVE,<br><br>  Defendants. | Case No. EDCV17-02506 JGB (SHKx)<br><br>**JUDGMENT**<br><br>The Hon. Jesus G Bernal<br><br>Trial Date:   None Set |

WHEREAS, on April 24, 2018, the Court issued an Order (Dkt No. 31) granting the motions to dismiss (Dkt Nos. 20 and 21) of PennyMac Loan Services, LLC and PennyMac Mortgage Opportunity Fund Investors, LLC (the "PennyMac Defendants") and of FCI Lender Services, Inc. and Crosby Capital USA LLC (the FCI Defendants") and ordering the case to be dismissed,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1.   That Plaintiff's entire First Amended Complaint is dismissed without leave to amend; and

2. That Judgment be entered against Plaintiff and in favor of all defendants.

**IT IS SO ORDERED**

DATED: April 30, 2018

_____
Honorable Jesus G. Bernal
United States District Judge